**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICKEY MCWHIRTER,
ADC #84977                                                                                              PLAINTIFF

V.                                         2:12CV00199 SWW/JTR

RAYLINA RAMSEY,
Classification Officer, Grimes Unit, et al.                                         DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

The parties have filed a Joint Motion explaining that Plaintiff wishes to voluntarily dismiss with prejudice his claims against separate Defendants LaFevers, Simmons, Nance, Hobbs, Kelley, Evans, Guy, Hill, Harris, and Jason Cole. *See* Doc. #52. The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1. The Joint Motion to Dismiss Parties (Doc. #52) is GRANTED, and Plaintiff's claims against Defendants LaFevers, Simmons, Nance, Hobbs, Kelley, Evans, Guy, Hill, Harris, and Cole are VOLUNTARILY DISMISSED WITH PREJUDICE.

2. Plaintiff may proceed with his claims against remaining Defendants Ramsey, Cowell, Horn, and Hopkins.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order of Partial Dismissal would not be taken in good faith.

Dated this 15th day of May, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE