# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICKEY MCWHIRTER,
ADC #84977                                                                                    PLAINTIFF

V.                                    2:12CV00199 SWW/JTR

RAYLINA RAMSEY,
Classification Officer, Grimes Unit, et al.                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Ramsey's Motion for Summary Judgment (*Docs. 62)* is GRANTED, and the cruel and unusual punishment claim raised against her is DISMISSED, WITH PREJUDICE, while the retaliation claim raised against her is DISMISSED, WITHOUT PREJUDICE.

2. Defendant Horn, Hopkins, and Cowell's Motion for Summary Judgment (*Docs. 65)* is GRANTED, and all claims raised against them are DISMISSED, WITH

PREJUDICE.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of April 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
